IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00271-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JEFFREY A. THOMPSON,

      Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

      The newly filed motion to refer case to magistrate is granted; this case is reassigned to the duty magistrate judge for all further proceedings.

Dated: August 1, 2007

                        s/ Jane Trexler, Judicial Assistant